No. 4104.—Royal Bank of Canada, Apdo., *v.* Buenahora, et al., Apltes.—C. D. Ponce. Cobro de dinero. Julio 6, 1927.

Confirmada la sentencia apelada por los fundamentos del

caso *The Royal Bank of Canada* v. *Buenahora,* resuelto en Mayo 26, 1927, (36 D.P.R. 849).